## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Barrington Hylton aka Barry Hylton<br>Phyllis F. Hylton aka Phyllis F. Mathis-Hylton,<br>　　　　　Debtors | Chapter 13<br><br>Case No.: 17-13119-amc |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4,<br>　　　　　Movant,<br>vs.<br>Barrington Hylton aka Barry Hylton<br>Phyllis F. Hylton aka Phyllis F. Mathis-Hylton,<br>　　　　　Debtors / Respondents,<br>and<br>William C. Miller,<br>　　　　　Trustee / Respondent. | |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __3rd__ day of __January__, 20__18__, it is hereby

**ORDERED** that WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 6833 N. Broad Street, Philadelphia, PA 19126;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above captioned bankruptcy case.

BY THE COURT:

_____
Hon. Ashley M. Chan, U.S.B.J.