**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Barrington Hylton aka Barry Hylton and Phyllis F. Hylton aka Phyllis F. Mathis-Hylton<br><br>Debtors<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, or its Successor or Assignee<br>                    Movant<br>            vs.<br><br>William C. Miller, Trustee<br>Barrington Hylton aka Barry Hylton and Phyllis F. Hylton aka Phyllis F. Mathis-Hylton<br>                Respondents | Chapter 13<br>Bankruptcy No. 17-13119-AMC |

## CERTIFICATION OF DEFAULT

I, Celine P. DerKrikorian, attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, or its Successor or Assignee, in accordance with Settlement Stipulation approved by the Court May 16, 2017 and attached hereto as Exhibit "A", hereby certify the following:

1. That Debtors, Barrington Hylton aka Barry Hylton and Phyllis F. Hylton aka Phyliis F. Mathis-Hylton have failed to maintain payments as described in said Settlement Stipulation.

2. That a Notice of Default was served upon Debtors and Debtors' counsel by United States Mail, first class, postage prepaid, on November 27, 2017; a true and correct copy of such Notice is attached hereto, made a part hereof, and marked as Exhibit "B"

3. That ten (10) days have elapsed, and Debtors have failed to cure the delinquency.

4. That upon filing this Certification, in accordance with the Settlement Stipulation, an Order shall be entered granting Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, or its Successor or Assignee relief from the automatic stay to foreclose its mortgage and, without limitation, to exercise any other

rights it has under the mortgage or with respect to Debtor(s)' property located at 6906 Lincoln Drive, Philadelphia, Pennsylvania 19119.

/s/ Celine P. DerKrikorian
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com