B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF PA

In Re:  
BARRINGTON HYLTON

PHYLLIS F. HYLTON

Case No. 1713119

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

Westlake Financial Services  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee  
should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 9  
Amount of Claim: $6,124.14  
Date Claim Filed: 08/11/2017

Phone: (877)829-8298  
Last Four Digits of Acct # :  9313

Phone:  
Last Four Digits of Acct #: 9313

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
WESTLAKE SERVICES, LLC  
4751 Wilshire Blvd  
Suite 100  
Los Angeles CA 90010

Phone: (877)829-8298  
Last Four Digits of Acct # : 9313

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Chelsea Clark                                                                                    Date: 1/22/2018  
       --------------------------------------------  
       Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT A

### Bill of Sale

Westlake Services, LLC ("Seller"), for valuable consideration, the receipt of which is hereby acknowledged, and pursuant to the terms and conditions of that certain Contracts Sale and Purchase Agreement dated December 27, 2017, ("Agreement") between Seller and Portfolio Recovery Associates, LLC ("Purchaser"), hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all right, title and interest of Seller in and to those Contracts as defined in the Agreement.

THIS BILL OF SALE IS EXECUTED WITHOUT RECOURSE AND WITHOUT REPRESENTATIONS OR WARRANTIES, INCLUDING COLLECTIBILITY, OR OTHERWISE, EXPRESS OR IMPLIED, except as set forth in the Agreement.

Westlake Services, LLC

By: _____        Date: December 27, 2017

State of _California_  )
                       ) ss
County of _Los Angeles_ )

The foregoing instrument was acknowledged before me this _27_ day of _December_, 2017 by _Ian Anderson_, on behalf of the company.

_____
Notary Public

Commission Expiration Date _March 6, 2020_

ERICA VIVIANA MENENDEZ
Commission # 2145309
Notary Public - California
Los Angeles County
My Comm. Expires Mar 6, 2020