**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Barrington Hylton aka Barry Hylton and Phyllis F. Hylton aka Phyllis F. Mathis-Hylton<br><br>Debtors<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, or its Successor or Assignee<br>Movant<br>vs.<br><br>William C. Miller, Trustee<br>Barrington Hylton aka Barry Hylton and Phyllis F. Hylton aka Phyllis F. Mathis-Hylton<br>Respondents | Chapter 13<br>Bankruptcy No. 17-13119-AMC |

**ORDER**

AND NOW, this __30th__ day of __January__, 2018, it is hereby ORDERED that the

automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to

permit Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee

for Pretium Mortgage Acquisition Trust, or its Successor or Assignee to exercise applicable state

court remedies with respect to the property located at: 6906 Lincoln Drive, Philadelphia,

Pennsylvania 19119.

_____
Ashely M. Chan
United States Bankruptcy Judge